UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

FILED                JPW

05 APR -1  PM 5: 37

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

Robert R. Di Trolio, Clerk
242 Federal Building
167 N. Main Street
Memphis, Tennessee 38103
(901) 495-1200

Deputy-in-Charge
U.S. Courthouse, Room 262
111 South. Highland Avenue
Jackson, Tennessee 38301
(731) 421-9200

## NOTICE OF SETTING
### Before Judge Jon Phipps McCalla, United States District Judge

March 29, 2005

RE:  2:01cv2373-Ml
     **Medtronic Sofamor Danek v. Gary Michelson, M.D., et al.**

Dear Sir/Madam:

A **TELEPHONE CONFERENCE** before **Judge Jon Phipps McCalla** has been **SET** on **THURSDAY, APRIL 14, 2005** at **2:30 P.M.** in Chambers, 9th floor of the Federal Building, Memphis, Tennessee.

**Counsel for the Plaintiff will initiate the conference call prior to dialing Judge McCalla's chambers at 901-495-1291.**

Counsel should be prepared to discuss the readiness of this case for trial, including the status of discovery and pending motions, with a view toward the prompt setting of the trial date. In addition, counsel should be prepared to discuss their views as to the value of a settlement conference in this case.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
ROBERT R. DI TROLIO, CLERK

BY: _____
Joseph P. Warren, Case Manager
901-495-1242



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2128 in case 2:01-CV-02373 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Heiko Kai Schultz
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

J. Drew Diamond
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

Mary C. Chapin
MCDERMOTT WILL & EMERY
600 Thirteenth St., N.W.
Washington, DC 20005

Raphael V Lupo
MCDERMOTT WILL & EMERY
600 Thirteenth St., N.W.
Washington, DC 20005

Gregory A. Krauss
MCDERMOTT WILL & EMERY LLP
600 Thirteenth St., N.W.
Washington, DC 20005--309

Steven W. Allis
MCDERMOTT WILL & EMERY
600 Thirteenth St., N.W.
Washington, DC 20005

Laura Anne Thomas
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

Donna M. Tanguay
MCDERMOTT WILL & EMERY
600 Thirteenth St., N.W.
Washington, DC 20005

Luke Lucien Dauchot
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

Joan M. Steinmann
JEFFER MANGELS BUTLER & MARMARO LLP
1900 Avenue of the Stars
7th Floor
Los Angeles, CA 90067

Taylor Cates
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Ronald J. Pabis
MCDERMOTT WILL & EMERY
600 Thirteenth St., N.W.
Washington, DC 20005

Melissa D. Ingalls
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

William Hagedorn
MCDERMOTT WILL & EMERY
600 Thirteenth St., N.W.
Washington, DC 20005

Christopher John Heck
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

Jay S. Bowen
BOWEN RILEY WARNOCK & JACOBSON
1906 West End Ave.
Nashville, TN 37203

Sarretta C. Coomes
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

Lynn Bodi
LAW OFFICES OF LYNN BODI, CAROL GAPEN AND JUDITHSPERLING-NEW
434 S. Yellowstone Dr.
Madison, WI 53719

Melvin White
MCDERMOTT WILL & EMERY
600 Thirteenth St., N.W.
Washington, DC 20005

Marc Louis Schatten
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Xanath Owens
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

Nick Gregory Saros
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

Michael D Switzer
MCDERMOTT WILL & EMERY
600 Thirteenth St., N.W.
Washington, DC 20005

Sarah E. Hancur
MCDERMOTT WILL & EMERY
600 Thirteenth St., N.W.
Washington, DC 20005

Dan P. Sedor
JEFFER MANGELS BUTLER & MARMARO LLP
1900 Avenue of the Stars
7th Floor
Los Angeles, CA 90067

Andrew Irvin Neltner
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

Robert G. Krupka
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

Marc H Cohen
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

Stephanie L. Nagel
MCDERMOTT WILL & EMERY
600 Thirteenth St., N.W.
Washington, DC 20005

Mark H. Churchill
MCDERMOTT WILL & EMERY
600 Thirteenth St., N.W.
Washington, DC 20005

Bradley E. Trammell
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jack Q Lever
MCDERMOTT WILL & EMERY
600 Thirteenth St., N.W.
Washington, DC 20005

Stanley M. Gibson
JEFFER MANGELS BUTLER & MARMARO LLP
1900 Avenue of the Stars
7th Floor
Los Angeles, CA 90067

Lindsay E. Dinn
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

Marc Marmaro
JEFFER MANGELS BUTLER & MARMARO LLP
1900 Avenue of the Stars
7th Floor
Los Angeles, CA 90067

Rick Richmond
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

Honorable Jon McCalla
US DISTRICT COURT