

EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| MEDTRONIC SOFAMOR DANEK, INC., ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GARY K. MICHELSON, M.D. and KARLIN ) <br> TECHNOLOGY, INC., ) <br> Defendants. ) <br> ) <br> GARY K. MICHELSON, M.D., and ) <br> KARLIN TECHNOLOGY, INC., ) <br> Counterclaimants, ) <br> ) <br> v. ) <br> ) <br> MEDTRONIC SOFAMOR DANEK, INC., ) <br> Counterdefendant. ) <br> GARY K. MICHELSON, M.D., ) <br> Third Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SOFAMOR DANEK HOLDINGS, INC., ) <br> Third Party Defendant. ) <br> GARY K. MICHELSON, M.D., AND ) <br> KARLIN TECHNOLOGY, INC., ) <br> Counterplaintiffs, ) <br> ) <br> v. ) <br> ) <br> MEDTRONIC SOFAMOR DANEK, INC. ) <br> and MEDTRONIC, INC., ) <br> Counterdefendants. ) | Civil Action No. 01-2373 MI V <br><br><br><br><br> Consolidated with <br><br><br><br> Civil Action No. 03-2055 MI |

## STIPULATED DISMISSAL WITH PREJUDICE

The parties having settled their differences and on motion by all parties and for good cause shown, it is hereby Ordered:

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-19-05

Exhibit B to APA -- Form of Stipulation of Dismissal with Prejudice.DOC

(2133)

1. This action and the complaints and counterclaims in this action are hereby dismissed with prejudice. This stipulation by the parties is not an acknowledgement of liability of any party for any claim or allegation asserted in this litigation.

2. Plaintiffs request, and Defendants do not oppose, that the Order to Show Cause, dated September 30, 2003, and the Report and Recommendation on Defendant's Motion for Contempt Sanctions for Violation of Preliminary Injunction Order, dated July 26, 2004, both issued by Magistrate Judge Vescovo be withdrawn. It is therefore ordered that said Show Cause Order (docket no. 827) and Report and Recommendation (docket no. 1777) be and are hereby withdrawn.

3. Upon Defendants' request, Defendants Submission Re: Attorneys' Fees Expended and Cost Incurred in Bringing Their Motion for Contempt Sanction, dated August 10, 2004, is hereby withdrawn.

4. The Amended Protective Order in this action is hereby amended to permit a document custodian selected by the parties to retain copies of the documents and things falling within Paragraph 36 of the Amended Protective Order other than (i) any documents and things that are protected by the attorney - client privilege, the work product doctrine or other applicable privileges, or (ii) materials falling within Paragraph 37 of the Amended Protective Order produced in this action, and to permit Medtronic Sofamor Danek, Inc. to retain copies of documents and tangible things produced by defendants in this action.

5. Each party shall bear its own costs.

SO ORDERED, this __18__ day of __May__, 2005.

_____
HONORABLE JON P. MCCALLA
UNITED STATES DISTRICT COURT JUDGE

AGREED TO:

Dated: __5/17/__, 2005        By: _____
                                  ATTORNEYS FOR PLAINTIFF
                                  AND COUNTER-DEFENDANTS

Dated: __5/18__, 2005         By: _____
                                  ATTORNEYS FOR DEFENDANTS
                                  AND COUNTER-PLAINTIFFS

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2133 in case 2:01-CV-02373 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Melissa D. Ingalls
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

J. Drew Diamond
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Melvin White
MCDERMOTT WILL & EMERY
600 Thirteenth St., N.W.
Washington, DC 20005

Bradley E. Trammell
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Laura Anne Thomas
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

Donna M. Tanguay
MCDERMOTT WILL & EMERY
600 Thirteenth St., N.W.
Washington, DC 20005

Marc H Cohen
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

Sarretta C. Coomes
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

Mark H. Churchill
MCDERMOTT WILL & EMERY
600 Thirteenth St., N.W.
Washington, DC 20005

Mary C. Chapin
MCDERMOTT WILL & EMERY
600 Thirteenth St., N.W.
Washington, DC 20005

Michael D Switzer
MCDERMOTT WILL & EMERY
600 Thirteenth St., N.W.
Washington, DC 20005

Christopher John Heck
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

Joan M. Steinmann
JEFFER MANGELS BUTLER & MARMARO LLP
1900 Avenue of the Stars
7th Floor
Los Angeles, CA 90067

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Luke Lucien Dauchot
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

Steven W. Allis
MCDERMOTT WILL & EMERY
600 Thirteenth St., N.W.
Washington, DC 20005

Dan P. Sedor
JEFFER MANGELS BUTLER & MARMARO LLP
1900 Avenue of the Stars
7th Floor
Los Angeles, CA 90067

Heiko Kai Schultz
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

Jay S. Bowen
BOWEN RILEY WARNOCK & JACOBSON
1906 West End Ave.
Nashville, TN 37203

Marc Louis Schatten
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Nick Gregory Saros
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

Rick Richmond
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

Stanley M. Gibson
JEFFER MANGELS BUTLER & MARMARO LLP
1900 Avenue of the Stars
7th Floor
Los Angeles, CA 90067

Sarah E. Hancur
MCDERMOTT WILL & EMERY
600 Thirteenth St., N.W.
Washington, DC 20005

Lindsay E. Dinn
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

William Hagedorn
MCDERMOTT WILL & EMERY
600 Thirteenth St., N.W.
Washington, DC 20005

Lynn Bodi
LAW OFFICES OF LYNN BODI, CAROL GAPEN AND JUDITHSPERLING-NEW
434 S. Yellowstone Dr.
Madison, WI 53719

Ronald J. Pabis
MCDERMOTT WILL & EMERY
600 Thirteenth St., N.W.
Washington, DC 20005

Xanath Owens
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

Andrew Irvin Neltner
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

Taylor Cates
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Marc Marmaro
JEFFER MANGELS BUTLER & MARMARO LLP
1900 Avenue of the Stars
7th Floor
Los Angeles, CA 90067

Raphael V Lupo
MCDERMOTT WILL & EMERY
600 Thirteenth St., N.W.
Washington, DC 20005

Robert G. Krupka
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

Jack Q Lever
MCDERMOTT WILL & EMERY
600 Thirteenth St., N.W.
Washington, DC 20005

Gregory A. Krauss
MCDERMOTT WILL & EMERY LLP
600 Thirteenth St., N.W.
Washington, DC 20005--309

Stephanie L. Nagel
MCDERMOTT WILL & EMERY
600 Thirteenth St., N.W.
Washington, DC 20005

Honorable Jon McCalla
US DISTRICT COURT