FILED BY _____ D.C.

05 MAY 24 PM 12: 10

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MEDTRONIC SOFAMOR DANEK, INC. | ) |
| Plaintiff, | ) |
| v. | ) |
| GARY K. MICHELSON, M.D., and KARLIN TECHNOLOGY, INC., | ) |
| Defendants. | ) |
| GARY K. MICHELSON, M.D., and KARLIN TECHNOLOGY, INC., | ) **JUDGMENT IN A CIVIL CASE** |
| Counterclaimants, | ) |
| v. | ) |
| MEDTRONIC SOFAMOR DANEK, INC., | ) |
| Counterdefendant. | ) **CASE NO: 01-2373 Ml/V** |
| GARY MICHELSON, M.D., | ) **CONSOLIDATED WITH CASE NO. 03-2055** |
| Third Party Plaintiff, | ) |
| v. | ) |
| SOFAMOR DANEK HOLDINGS, INC., | ) |
| Third Party Defendant. | ) |
| GARY K. MICHELSON, M.D., and KARLIN TECHNOLOGY, INC., | ) |
| Counterplaintiffs, | ) |
| v. | ) |
| MEDTRONIC SOFAMOR DANEK, INC. and MEDTRONIC, INC., | ) |
| Counterdefendants. | ) |

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-24-05

2134

This action having been settled by all the parties:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Stipulated Dismissal With Prejudice filed May 18, 2005, this case is DISMISSED with prejudice.  Each party shall bear its own costs.

APPROVED:

_____
JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

May 24, 2005
_____
Date

ROBERT R. DI TROLIO
_____
Clerk of Court

_____
(By)   Deputy Clerk

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2134 in case 2:01-CV-02373 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

Stanley M. Gibson
JEFFER MANGELS BUTLER & MARMARO LLP
1900 Avenue of the Stars
7th Floor
Los Angeles, CA 90067

Ronald J. Pabis
MCDERMOTT WILL & EMERY
600 Thirteenth St., N.W.
Washington, DC 20005

Melvin White
MCDERMOTT WILL & EMERY
600 Thirteenth St., N.W.
Washington, DC 20005

Steven W. Allis
MCDERMOTT WILL & EMERY
600 Thirteenth St., N.W.
Washington, DC 20005

Luke Lucien Dauchot
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

Sarretta C. Coomes
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

Lindsay E. Dinn
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

Xanath Owens
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

Gregory A. Krauss
MCDERMOTT WILL & EMERY LLP
600 Thirteenth St., N.W.
Washington, DC 20005--309

Andrew Irvin Neltner
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

Melissa D. Ingalls
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Bradley E. Trammell
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jack Q Lever
MCDERMOTT WILL & EMERY
600 Thirteenth St., N.W.
Washington, DC 20005

J. Drew Diamond
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

Lynn Bodi
LAW OFFICES OF LYNN BODI, CAROL GAPEN AND JUDITHSPERLING-NEW
434 S. Yellowstone Dr.
Madison, WI 53719

Mark H. Churchill
MCDERMOTT WILL & EMERY
600 Thirteenth St., N.W.
Washington, DC 20005

Taylor Cates
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Marc H Cohen
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

Mary C. Chapin
MCDERMOTT WILL & EMERY
600 Thirteenth St., N.W.
Washington, DC 20005

Jay S. Bowen
BOWEN RILEY WARNOCK & JACOBSON
1906 West End Ave.
Nashville, TN 37203

Laura Anne Thomas
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

Joan M. Steinmann
JEFFER MANGELS BUTLER & MARMARO LLP
1900 Avenue of the Stars
7th Floor
Los Angeles, CA 90067

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Robert G. Krupka
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

Stephanie L. Nagel
MCDERMOTT WILL & EMERY
600 Thirteenth St., N.W.
Washington, DC 20005

Christopher John Heck
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

Sarah E. Hancur
MCDERMOTT WILL & EMERY
600 Thirteenth St., N.W.
Washington, DC 20005

William Hagedorn
MCDERMOTT WILL & EMERY
600 Thirteenth St., N.W.
Washington, DC 20005

Dan P. Sedor
JEFFER MANGELS BUTLER & MARMARO LLP
1900 Avenue of the Stars
7th Floor
Los Angeles, CA 90067

Marc Marmaro
JEFFER MANGELS BUTLER & MARMARO LLP
1900 Avenue of the Stars
7th Floor
Los Angeles, CA 90067

Heiko Kai Schultz
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

Donna M. Tanguay
MCDERMOTT WILL & EMERY
600 Thirteenth St., N.W.
Washington, DC 20005

Raphael V Lupo
MCDERMOTT WILL & EMERY
600 Thirteenth St., N.W.
Washington, DC 20005

Marc Louis Schatten
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Nick Gregory Saros
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Rick Richmond
KIRKLAND & ELLIS
777 S. Figueroa St.
Los Angeles, CA 90017

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Michael D Switzer
MCDERMOTT WILL & EMERY
600 Thirteenth St., N.W.
Washington, DC 20005

Honorable Jon McCalla
US DISTRICT COURT